IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROYAL WATER DAMAGE** : | |
| **RESTORATION, INC. a/a/o** : | |
| **JANET THORN,** : | |
| : | CIVIL ACTION |
| **Plaintiff,** : | |
| : | |
| v. : | NO. 21-5251 |
| : | |
| **ALLSTATE VEHICLE AND** : | |
| **PROPERTY INSURANCE CO.** : | |
| : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this 28th day of July, 2022, upon consideration of Defendant Allstate Vehicle and Property Insurance Company's Motion to Dismiss Count II of Plaintiff's Complaint (Doc. No. 10) and Plaintiff Royal Water Damage Restoration, Inc.'s Response (Doc. No. 11), it is hereby **ORDERED** that the Motion is **DENIED**.

It is **FURTHER ORDERED** that Defendant shall file an answer to the complaint within **twenty-one (21) days** from the date of this Order.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**